Case 1:23-mj-00314-RMM   Document 1-1   Filed 11/15

Case: 1:23-mj-00314
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/15/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Chad Warren is a Special Agent assigned to the Federal Bureau of Investigation (FBI) in the Los Angeles Field Office. In my duties as a special agent, I am authorized to investigate criminal violations of the United States and to execute warrants issued under the authority of the United States. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to Siaka Tonia Massaquoi*

### *Identification of MASSAQUOI*

On April 19, 2023, RUSSELL TAYLOR, an individual from Ladera, California, pleaded guilty to federal crimes for his participation in the riot at the Capitol on January 6, 2021. During the FBI's investigation into TAYLOR, FBI agents seized a cellular device belonging to TAYLOR during the execution of a federal search warrant. FBI agents recovered various communications on TAYLOR's device, including Telegram messages with other individuals.

The FBI's review of TAYLOR's cellular device revealed that TAYLOR invited Telegram user, "Siaka," with cellular number ending in 7362 to TAYLOR's private Telegram channel. Participants of this channel were gathered to make plans to attend President Trump's rally and head to the U.S. Capitol building on January 6, 2021. The referenced cellular number was searched in a public database and resolved to North Hollywood-based actor SIAKA TONIA MASSAQUOI. In this channel, Telegram user, "Siaka," posted a selfie of himself at the airport on January 5, 2021 with the comment, "See ya soon." *See* Figure 1. A comparison of the individual in the selfie to the California Department of Motor Vehicles (DMV) photo of MASSAQUOI led the investigating agents to believe Telegram user, "Siaka," was, in fact, MASSAQUOI.



*Figure 1: Photo posted in DC Brigade Telegram channel by MASSAQUOI in an airport on January 5, 2021 with the caption, "See ya soon."*

From further investigation, investigating agents determined that on December 23, 2020, MASSAQUOI purchased an American Airlines flight departing on January 5, 2021 from Los Angeles International Airport (LAX) to Ronald Reagan Washington International Airport (DCA) with a layover at Miami International Airport (MIA). A return flight was purchased through Alaskan Airlines from DCA to LAX for January 8, 2021. Both tickets named MASSAQUOI as the passenger on these flights.

### *MASSAQUOI's Interview with the FBI*

On June 10, 2021, a search warrant was executed to retrieve, among other things, the cellular device used by MASSAQUOI. FBI agents recovered the cellular device with number ending in 7362 (the "7632 Device"), which was associated with MASSAQUOI. According to the records provided by T-Mobile, the telephone number ending in 7632 was registered to MASSAQUOI.

During the execution of the search warrant, MASSAQUOI voluntarily agreed to speak with law enforcement officers. MASSAQUOI admitted to traveling with a woman to Washington, D.C. on or about January 5, 2021. He stated that the woman booked the hotel in D.C., which was used by both of them during the trip. Throughout the interview, MASSAQUOI admitted to being at the U.S. Capitol on January 6, 2021.

FBI agents searched the device ending in 7632 and determined that Telegram user "Siaka," made posts in TAYLOR's Telegram channel from MASSAQUOI's cellular device. Additionally, several videos taken by MASSAQUOI in and near the U.S. Capitol building on January 6, 2021 were found on the device ending in 7632. Videos recovered from the device ending in 7632 depict MASSAQUOI as he speaks into the camera. Lastly, a video of an individual recording himself entering the U.S. Capitol building was also recovered from the device ending 7632. *See* Figure 2. This video appears to be the same approximate time depicted by the CCTV footage and social media footage described below.



*Figure 2: MASSAQUOI'S Video of Himself Inside the U.S. Capitol*

Furthermore, a review of a text messages between MASSAQUOI and TAYLOR on the 7632 Device revealed the following conversation from January 6, 2021 at approximately 9:16 p.m. EST: TAYLOR texted MASSAQUOI, "Brother, you already had a high peg in my book. Today seeing you storm the capital with us you just secured a top spot." Approximately, one minute later, MASSAQUOI responded, "Hahaha, love you man! I'm there always!"

3

On February 19, 2021, an associate of MASSAQUOI contacted the FBI and reported that he saw MASSAQUOI's photo posted on a webpage that collected and posted photos of people on the U.S. Capitol Grounds that participated in the Capitol riot. The FBI also interviewed two other associates of MASSAQOUI and in separate interviews they both indicated that they knew MASSAQUOI, and that the photo on the facesoftheriot website was of MASSAQUOI. *See* Figure 3.



*Figure 3: MASSAQUOI Circled in Red on Website Facesoftheriot.com*

In publicly available images of the riot that were posted on social media, MASSAQUOI is also seen on restricted grounds of the U.S. Capitol grounds on January 6, 2021. *See* Figures 4-5. In the images below, MASSAQUOI is wearing a dark jacket, glasses, an red, white and blue scarf, and a red baseball hat with the white lettering that states, "Make America Great Again."



*Figure 4 – Still from Twitter Video:@chadloder*   *Figure 5 – Still from YouTube*

*MASSAQUOI Enters the U.S. Capitol*

Additionally, CCTV footage and third party video posted on Twitter captured MASSAQUOI entering the Capitol building at approximately 3:38PM EST on January 6, 2021.

4

CCTV footage obtained from U.S. Capitol Police shows a person that investigating agents have identified as MASSAQUOI entering the U.S. Capitol building through the Senate Wing door at approximately 3:38 p.m. EST on January 6, 2021. The same individual exited the U.S. Capitol building through the same doorway at approximately 3:40 p.m. EST. During his entry, MASSAQUOI can be seen holding up a cellular phone, which is consistent with the selfie-style video that was recovered from the device ending in 7632.



*Figure 6: Screenshot of U.S. Capitol CCTV footage capturing MASSAQUOI entering the U.S. Capitol building through the Senate Wing door at approximately 3:38PM EST.*



*Figure 7: Screenshot of U.S. Capitol CCTV footage capturing MASSAQUOI entering the U.S. Capitol building through the Senate Wing door at approximately 3:38PM EST.*

On CCTV, MASSAQUOI is seen entering the Capitol holding what appears to be, a cellular phone held upright, in his hand, and extended outward in front of himself. *See* Figure 8.

5

A separate video taken by another rioter shows MASSAQUOI in the same location at approximately the same time. *See* Figure 9.



*Figure 8: Screenshot of CCTV video footage of MASSAQUOI inside the U.S. Capitol building.*



*Figure 9: Screenshot From Dailymotion*

After January 6, 2021, MASSAQOUI posted a video of himself walking around the D.C. In the video, MASSAQUOI stated, "We have the right to walk into the Capitol because it is our Capitol…. People need to go to jail for inciting this fraud."[1]

Based on the foregoing, your affiant submits that there is probable cause to believe that SIAKA TONIA MASSAQUOI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SIAKA TONIA MASSAQUOI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Special Agent Chad Warren
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of November 2023.

_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

---

[1] This video is available on twitter at
https://twitter.com/ParlerVideos/status/1375923036172521475?s=20